# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:17-cv-02873-SVW-SS | Date | January 9, 2018 |
| Title | Bahram Khankhanian v. Soheil Khanian | | |

## JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:** IN CHAMBERS ORDER MOVING CASE TO THE INACTIVE CALENDAR

The case is stayed and moved to the Court's inactive calendar pending the bankruptcy. All previously set dates are vacated.

The parties shall immediately notify the Court, in writing, when the bankruptcy is resolved and if the case should be restored to the active calendar.

: 
Initials of Preparer    PMC